UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:26-60075-CIV-SINGHAL

KIAMI SIGNEY SANCHEZ VALDES,

     Petitioner,

v.

BROWARD TRANSITIONAL CENTER,

     Respondent.

_____/

## ORDER

**THIS CAUSE** is before the Court on *pro se* Petitioner Kiami Signey Sanchez Valdes's ("Petitioner") Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (DE [6]).  Petitioner, a detainee housed at Broward Transitional Center, alleges that he is being arbitrarily detained at Broward Transitional Center despite complying for years with an order of supervision.  *Id.* at 6.

Upon entertaining a § 2241 application for writ of habeas corpus, a court "shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted . . . . The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed."  28 U.S.C. § 2243.

It is hereby **ORDERED AND ADJUDGED** that Respondents shall respond to the Amended Petition (DE [6]) by **February 11, 2026.** All audio recordings submitted by the parties must be filed conventionally. The parties shall also provide a copy of the

immigration court docket to this Court and keep this Court apprised of immigration court proceedings.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 4th day of February 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF and via Postal Service to:

Kiami Signey Sanchez Valdes
A#203-741-272
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073
PRO SE