UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:26-60075-CIV-SINGHAL

KIAMI SIGNEY SANCHEZ VALDES,

     Petitioner,

v.

BROWARD TRANSITIONAL CENTER,

     Respondent.

_____/

## ORDER SETTING HEARING

**THIS CAUSE** is before the Court upon Respondents' Return/Response to Petition for Writ of Habeas Corpus (DE [10]). Petitioner Valdes filed his petition for writ of habeas corpus under 28 U.S.C. Section 2241. 28 U.S.C. Section 2243 explains the proceedings for such a petition and mandates a hearing when a court requires the respondent to show cause. Accordingly, since this Court ordered Respondents to show cause (DE [8]), it is hereby

**ORDERED AND ADJUDGED** that Petitioner's next of friend and counsel for Respondents appear at a hearing on **Wednesday, February 25, 2026 at 12:00 p.m.** at **United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, Courtroom 110.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 13th day of February 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF